```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                         DISTRICT OF MARYLAND
         UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND
                                                         2010 JUL 16  A 10: 22
```

| | |
|---|---|
| ANITA MEADOWS, | |
| Plaintiff(s), | CLERK'S OFFICE AT BALTIMORE |
| v. | BY_____DEPUTY |
| CONSUMER RECOVERY ASSOCIATES, LLC, | Civil Action No. 1:10-cv-00954-WDQ |
| Defendant(s). | |

JULY 13, 2010

### NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.



"APPROVED"
7/15/10
/s/ William D. Quarles, Jr.
United States District Judge

THE PLAINTIFF

BY /S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com